ACCEPTED
06-14-00105-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/8/2015 10:34:22 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00105-CV

IN THE SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/8/2015 10:34:22 AM
DEBBIE AUTREY
Clerk

PLETZE BROWN, JR.

*Appellant,*

**V.**

CITIMORTGAGE, INC.

*Appellee.*

From the County Court at Law No. 2, Dallas County, Texas
Trial Court No. CC-14-04645-B
Honorable King Fifer, Judge Presiding

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

Mark D. Hopkins
Texas State Bar No. 00793975
Shelley L. Hopkins
Texas State Bar No. 24036497

**Hopkins & Williams, PLLC**
12117 Bee Caves Rd., Suite 260
Austin, Texas 78738
(512) 600-4320 – Telephone
(512) 600-4326 – Facsimile
mark@hopkinswilliams.com
shelley@hopkinswilliams.com

ATTORNEYS FOR APPELLEE

April 8, 2015

# IDENTITY OF PARTIES AND COUNSEL

Pursuant to Texas Rule of Appellate Procedure 38.2(a)(1), Appellee certifies that the following is a complete list of all parties and counsel:

| | | |
|---|---|---|
| 1. | Appellee: | Citimortgage, Inc. |
| | Represented at trial and on appeal by: | Mark D. Hopkins<br>Texas State Bar No. 00793975<br>Shelley L. Hopkins<br>Texas State Bar No. 24036497<br>Hopkins & Williams, PLLC<br>12117 Bee Caves Rd., Suite 260<br>Austin, Texas 78738<br>(512) 600-4320 – Telephone<br>(512) 600-4326 – Facsimile<br>mark@hopkinswilliams.com<br>shelley@hopkinswilliams.com |
| 2. | Appellant: | Pletze Brown, Jr.<br>*Pro Se Appellant*<br>2412 Poinciana Lane<br>Dallas, Texas 75212 |
| 3. | Trial Judge: | Hon. King Fifer<br>County Court at Law No. 2<br>Dallas County, Texas |

**APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF**

Appellee, CitiMortgage, Inc. ("CitiMortgage"), respectfully requests the Court to extend time to file its brief.

## A. Introduction

1.    Appellant is Pletze Brown, Jr. and Appellee is CitiMortgage ("CitiMortgage").

2.    No rule provides a deadline to file this motion to extend. *See* TEX. R. APP. P. 38.6(d).

3.    Appellant is representing himself *pro se* in this matter.

4.    The undersigned is attorney for Appellee, CitiMortgage.

5.    The deadline to file Appellee's brief is currently April 15, 2015.

6.    Appellee requests an extension of time to file Appellee's brief for fourteen (14) days until April 29, 2014.

## B. Facts and Basis for Relief

7.    The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellee's Responses.

8.    No previous extensions have been granted to extend the time to file Appellee's Responses to these various filings.

9.    Counsel for Appellee has multiple conflicting appellate court deadlines and upcoming jury trial settings.  Counsel requests a short extension in order to adequately devote the time necessary to all matters.

## C. Conclusion

10.    Appellee, therefore, requests that its deadline to file brief be extended until April 29, 2014, to give Appellee additional time to adequately prepare its response.

## D. Prayer

11.    For these reasons, Appellee asks the Court to grant an extension of time to May 27, 2014.


Respectfully submitted,

By:    _/s/Mark D. Hopkins_____
　　　Mark D. Hopkins
　　　State Bar No. 00793975
　　　Shelley L. Hopkins
　　　State Bar No. 24036497
　　　Hopkins & Williams, PLLC
　　　12117 Bee Caves Road, Suite 260
　　　Austin, Texas 78738
　　　(512) 600-4320 – Telephone
　　　(512) 600-4326 – Facsimile
　　　mark@hopkinswilliams.com
　　　shelley@hopkinswilliams.com

　　　ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I was unable to confer with *Pro Se* Appellant Pletze Brown, Jr. as I do not have a contact phone number or email for Appellant, therefore I am unable to determine if he is opposed to Appellee's Motion to Extend Time to File Brief.

_/s/ Mark D. Hopkins_____
Mark D. Hopkins

## CERTIFICATE OF SERVICE

I hereby certify that the Motion to Extend Time to File Response has been forwarded to the following via certified mail, return receipt requested and regular mail this 8th day of April 2015:

**Via regular U.S. mail**
**and CMRRR# 7012 1640 0001 7114 6203**
Pletze Brown Jr.
2412 Poniciana Lane
Dallas, Texas 75212

PRO SE APPELLANT

_/s/ Mark D. Hopkins_
Mark D. Hopkins